No. 01–8176.  CHANCE v. PAINTER, WARDEN.  Cir. Ct. Preston County, W. Va.  Certiorari denied.

No. 01–8235.  EVANS v. UNITED STATES (two judgments). C. A. 11th Cir.  Certiorari denied.

No. 01–8274.  CARROLL ET AL. v. NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–8410.  BURNS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8463.  CATLIN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–8468.  VANDERBERG v. DONALDSON.  C. A. 11th Cir. Certiorari denied.

No. 01–8509.  PUENTES-HERRERA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–8510.  PIPKINS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8512.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8513.  RILEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8514.  SINGLETARY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 01–8515.  RODRIGUEZ-NUNEZ v. UNITED STATES; and HERNANDEZ-GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8516.  ARELLANO-RIVERA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–8521.  RUCKER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.